1  Eric Slocum Sparks
   Arizona State Bar No. 11726
2  LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
   110 South Church Avenue, #2270
3  Tucson, Arizona 85701
   Telephone (520) 623-8330
4  Facsimile (520) 623- 9157
   eric@ericslocumsparkspc.com
5
6  Attorney for Debtors

7                 IN THE UNITED STATES BANKRUPTCY COURT

8                    FOR THE DISTRICT OF ARIZONA

9  In re:                          )
                                   )    4:08-bk-00529-EWH
10 ANTOINE SIMON and               )
   VIVIAN SIMON,                   )    (Chapter 13)
11                                 )
            Debtors.               )
12 _____  )
                                   )
13 ANTOINE SIMON and               )
   VIVIAN SIMON,                   )    Adv. No. 4:09-ap-00804
14                                 )
            Plaintiffs,            )
15                                 )    COMPLAINT TO DETERMINE
   v.                              )    SECURED STATUS
16                                 )
   CITIMORTGAGE and their successors or )
17 assigns,                        )
                                   )
18          Defendants.            )
   _____  )
19
20        Plaintiffs/Debtors Antoine Simon and Vivian Simon ("Plaintiffs"), Debtors in the above

21 named Bankruptcy proceeding, by and through their undersigned attorney Eric Slocum Sparks,

22 hereby allege as follows:

   1.     Plaintiffs filed their petition for Chapter 13 on January 18, 2008.
23
   2.     Plaintiffs have an interest in the real property ("the property") located at4438 E. Pinnacle
24
          Ridge Place, Tucson, AZ 85718, legally described as:
25
26        LOT 49, PINNACLE RIDGE, ACCORDING TO THE PLAT RECORDED IN
          BOOK 53 OF MAPS AND PLATS, PAGE 52, RECORDS OF PIMA COUNTY,
27        ARIZONA.

28 3.     The property is encumbered by a first position lien in the amount of $731,059.75 held by

   America's Servicing Company, evidenced by a Deed of Trust dated May 3, 2006 and recorded in

1 the office of the Pima County Recorder.

2 4.    Plaintiffs believe that CitiMortgage, Inc. and its successors and assigns ("Defendant")

3 will allege that they have a second mortgage on Debtor's home in the amount of$142,172.82,

4 which Debtor believes is unsecured as no equity exists beyond the first mortgage.

5 5.    Plaintiffs believe Defendant will claim a security interest in the property.

6 6.    The Court has jurisdiction to determine the secured status of Defendant pursuant to 11

7 U.S.C. § 506.

8 7.    The market value of the property was approximately $730,000.00 on the date Plaintiffs

9 filed their Chapter 13 Petition.

10 8.    Defendant's claim is unsecured for the following reasons:

11        a.    The Deed of Trust is subordinate to the first Deed of Trust held by America's

12              Servicing Company, and

13        b.    The amount of the loan secured by the first Deed of Trust is greater than the value

14              of the residence, i.e., the first lien holder, America's Servicing Company, has a

15              secured claim of $731,059.75 while the value of the residence is $730,000.00.

16              (See Debtor's Declaration, as attached EXHIBIT A).

17 9.    Defendant CitiMortgage, Inc. is unsecured to the extent of $142,172.82. Therefore,

18 Defendant should be treated as an unsecured creditor for the entire amount determined to be due

19 to Defendant.

20 10.    Defendant CitiMortgage, Inc. can be served pursuant to FED. R. CIV. P. 4(h)(1)(B) and

21 Debtor has effected service upon Defendant's President and CEO Sanjiv Das and Defendant's

22 Statutory Agent,  CT Corporation.

23        WHEREFORE Plaintiffs pray this Court determine Defendant's secured interest in the

24 subject property is unsecured; the Defendant is an unsecured creditor and the Deed of Trust

25 executed by Plaintiffs to Defendant is discharged.

26        RESPECTFULLY SUBMITTED this 20th day of July, 2009.

27                                        LAW OFFICES OF
                                          ERIC SLOCUM SPARKS, P.C.
28

/s/ Sparks AZ # 11726
Eric Slocum Sparks
Attorney for Debtors

Copy of the foregoing mailed
July 17, 2009 to:

Mark S. Bosco, Esq.
2525 E. Camelback Road
Phoenix, AZ 85016
Attorney for Defendant

Dianne C. Kerns, Esq.
Chapter 13 Trustee
7320 N. LaCholla #154-413
Tucson, AZ 85741

United States Trustee
230 N. First Ave. #204
Phoenix, AZ 85003

Defendant:
President and CEO Sanjiv Das
CitiMortgage, Inc.
1000 Technology Dr.
O'Fallon, MO 63368

CT Corporation, Statutory Agent for CitiMortgage, Inc.
120 SOUTH CENTAL AVE.
CLAYTON MO 63105

CT CORPORATION SYSTEM, Statutory Agent for
Parent Company, Citigroup:
3225 North Central Avenue
Phoenix, AZ 85012

/s/ K. Horak

- 3 -

# EXHIBIT A

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623- 9157
eric@ericslocumsparkspc.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:                                          )
                                                )     4:08-bk-00529-EWH
ANTOINE SIMON and                               )
VIVIAN SIMON,                                   )     (Chapter 13)
                                                )
                                                )
                                                )
                 Debtors.                       )     DECLARATION OF ANTOINE SIMON
                                                )     AND VIVIAN SIMON
_____)

     1.     We are the debtors in a Chapter 13 proceeding pending in this court.

     2.     We own a home located at at4438 E. Pinnacle Ridge Place, Tucson, AZ 85718.

     3.     We have two mortgages on our home. We value this home at $730,000.00. We arrived at this value by asking neighbors what their houses sell for, speaking with realtors, speaking with an appraiser and by checking various Internet websites to see what the current value of our home was as of the date we filed our Chapter 13 proceeding.

     4.     The value of our home does not exceed the amount of debt we owe on our first mortgage to America's Servicing Company of approximately $731,059.75.

     5.     Citibank has a second lien on our home in the approximate amount of $142,172.82, which we believe is wholly unsecured and should be treated as an unsecured creditor.


DATED this 15 day of July, 2009.


                    /s/    Antoine Simon
                    ANTOINE SIMON


                    /s/   Vivian Simon

VIVIAN SIMON