**ORDERED.**

Dated: September 02, 2009

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623- 9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | 4:08-bk-00529-EWH |
| ANTOINE SIMON and VIVIAN SIMON, | (Chapter 13) |
| Debtors. | |
| ANTOINE SIMON and VIVIAN SIMON, | Adv. No. 4:09-ap-00804 |
| Plaintiffs, | **ORDER AVOIDING LIEN ON REAL PROPERTY** |
| v. | |
| CITIMORTGAGE and their successors or assigns, | |
| Defendants. | |

On July 20, 2009, Debtor(s) filed a Complaint to value the lien of Citimortgage (name of lienholder) (hereinafter "Lienholder") against the property commonly known as 4438 E. Pinnacle Ridge Place, Tucson, AZ 85718 and more fully described in Exhibit A hereto, which lien was recorded in Pima County.

The court finds that notice of the Complaint upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1)  For purposes of Debtors' Chapter 13 plan only, the Lien is valued at zero. Lienholder does not have a secured claim and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2)  This order shall become part of Debtor's(s') confirmed Chapter 13 Plan.

(3) Upon entry of a discharge in Debtors' Chapter 13 case, the Lien shall be voided for all purposes and, upon application by Debtors, the Court will enter an appropriate form of judgment voiding the Lien.

(4) Upon discharge, the amount of the lien shall be treated as a general unsecured claim fro the Debtors' Chapter 13 plan.

(5) If Debtors' Chapter 13 case is dismissed or converted to Chapter 7 before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law and, upon application by Lienholder, the Court will enter an appropriate form of order restoring the Lien.

(6) Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

Dated and signed above.

Notice to be sent through the

Bankruptcy Noticing Center "BNC"

to the following:
Mark S. Bosco, Esq.
2525 E. Camelback Road
Phoenix, AZ 85016
Attorney for Defendant

Dianne C. Kerns, Esq.
Chapter 13 Trustee
7320 N. LaCholla #154-413
Tucson, AZ 85741

United States Trustee
230 N. First Ave. #204
Phoenix, AZ 85003

Defendant:
President and CEO Sanjiv Das
CitiMortgage, Inc.
1000 Technology Dr.

1. O'Fallon, MO 63368

2. CT Corporation, Statutory Agent for CitiMortgage, Inc.
120 SOUTH CENTAL AVE.
3. CLAYTON MO 63105

4. CT CORPORATION SYSTEM, Statutory Agent for
Parent Company, Citigroup:
5. 3225 North Central Avenue
Phoenix, AZ 85012
6. U.S. Trustee's Office
230 North First Ave. #204
7. Phoenix, AZ 85003

**EXHIBIT A**

Legal Description

LOT 49, PINNACLE RIDGE, ACCORDING TO THE PLAT RECORDED IN BOOK 53 OF MAPS AND PLATS, PAGE 52, RECORDS OF PIMA COUNTY, ARIZONA.